```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 34345
   AURIESTELLA LEE
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER


        Debtor
   SSN XXX-XX-9266

------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/29/2005 and was confirmed 11/09/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 04/23/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE SECURED             8000.00         3096.42       4022.77
CAPITAL ONE AUTO FINANCE UNSEC W/INTER       7072.98             .00            .00
EMC MORTGAGE CORP        CURRENT MORTG           .00             .00            .00
EMC MORTGAGE CORP        MORTGAGE ARRE       4768.26             .00       4768.26
ARROW FINANCIAL SERVICES UNSEC W/INTER        247.75             .00            .00
ERNESTO D BORGES JR      DEBTOR ATTY        2,700.00                       2,700.00
TOM VAUGHN               TRUSTEE                                             869.55
DEBTOR REFUND            REFUND                                                 .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 15,457.00

PRIORITY                                              .00
SECURED                                          8,791.03
    INTEREST                                     3,096.42
UNSECURED                                             .00
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                               869.55
DEBTOR REFUND                                         .00
                       --------------        --------------
TOTALS                  15,457.00               15,457.00




             PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 34345 AURIESTELLA LEE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                            /s/ Tom Vaughn

Dated: 07/22/08                  _____
                                                   TOM VAUGHN
                                                   CHAPTER 13 TRUSTEE